CAPITAL METROPOLITAN TRANS-
PORTATION AUTHORITY,
Plaintiff–Appellant

v.

GILLIG CORPORATION,
Defendant–Appellee.

No. 05–50839.

United States Court of Appeals,
Fifth Circuit.

May 8, 2006.

Renee Forinash McElhaney, Cox, Smith & Matthews, San Antonio, TX, for Plaintiff–Appellant.

Steven Robert Enochian, Joseph Loiacono, II, Wilson, Grosenheider, Moore & Jacobs, Austin, TX, for Defendant–Appellee.

Before GARWOOD, DAVIS, and GARZA, Circuit Judges.

PER CURIAM: *

After considering pertinent portions of the record, briefs of the parties and argument of counsel we are satisfied that the district court committed no reversible error.

Accordingly, we AFFIRM the judgment of the district court essentially for the

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

reasons stated in its thorough May 12, 2005 order denying a new trial.

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.